UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CEDRIC C. LOCKETT,

    Plaintiff,

v.                                                                           Case No. 3:25cv698-MCR-HTC

MARK DUNNING INDUSTRIES, INC.,

    Defendant.

_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated June 24, 2025.  *See* ECF No. 7.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this Order.

2.    This case is **DISMISSED** without prejudice for Plaintiff's failure to prosecute and to comply with Court orders.

    3.    The Clerk is directed to close this case file.

**DONE AND ORDERED** this 15th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**